No. 14-1691

# United States Court of Appeals
# For the First Circuit

IN RE: ROBERT E. MURPHY
Debtor

---------------------------------------------

ROBERT E. MURPHY
Appellant

v.

US DEPARTMENT OF EDUCATION;
EDUCATIONAL CREDIT MANAGEMENT CORPORATION
Appellees

SALLIE MAE, INC.; COLLEGE BOARD
Interested Parties

## JOINT STATUS REPORT OF APPELLANT ROBERT E. MURPHY AND APPELLEE EDUCATIONAL CREDIT MANAGEMENT CORPORATION

Steven D. Pohl, Esq. (Bar #73801)
Brown Rudnick LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
spohl@brownrudnick.com

Dated: March 31, 2016

In accordance with the Orders of the Court entered on December 11, 2015, and February 26, 2016, Appellant Robert E. Murphy ("Murphy") and Appellee Educational Credit Management Corporation ("ECMC," and together with Murphy, the "Parties") hereby file this joint status report.

The Parties continue to negotiate in good faith toward a consensual settlement of this case. Although as of the date hereof the Parties have not finalized a settlement, it is the desire of the Parties that the case continue to be stayed pending further settlement discussions. The Parties hope to be able to provide the Court with a more definitive status report in the near term, but in any event will provide the Court with a subsequent status report no later than April 15, 2016.

1

Respectfully submitted,

/s/ Steven D. Pohl

Steven D. Pohl, Esq. (BBO #555324)
Attorney for Appellant Robert E. Murphy
First Circuit Bar No.: 73801

Brown Rudnick LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
spohl@brownrudnick.com

-and-

/s/ Adam C. Trampe

Adam C. Trampe, Esq. (MN #349240)
Attorney for Appellee Educational Credit Management Corp.
First Circuit Bar No.: 1151153

Educational Credit Management Corp.
1 Imation Place
Bldg. 2
Oakdale, MN 55128
Telephone: (651) 325-3308
atrampe@ecmc.org

Dated: March 31, 2016

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2016, this document was filed through the Electronic Case Filing system, and that copies will be sent electronically to the registered participants identified on the Notice of Electronic Filing:

Adam Clinton Trampe
Direct: 651-325-3308
Educational Credit Management Corp.
1 Imation Place, Bldg 2
Oakdale, MN 55128

John F. White
Direct: 617-328-5600
Lipman & White
171 Rockland Street, Ste 201
Hanover, MA 02339

Richard L. Blumenthal
Direct: 617-527-1150
Silverman & Kudisch PC
1320 Centre Street, Suite 203
Newton, MA 02459

Nadine Peters
Direct: 202-637-6572
Khang V. Tran
Direct: 202-637-6528
Hogan Lovells US LLP
555 13th St NW
Washington, DC 20004-1109

Arne Duncan
US Dept of Education
General Counsel
400 Maryland Avenue
Washington, DC 20202-0000

_/s/ Steven D. Pohl_

Steven D. Pohl, Esq. (BBO #555324)